# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-717-MOC-DCK

| | |
|---|---|
| **MISHELLE LOZANO LOCKERBY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **CROSS POINT NC PARTNERS, LLC, and** ) | |
| **CORTLAND MANAGEMENT, LLC,** ) | |
| ) | |
| **Defendant**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 36) filed by Caren Enloe, concerning Katherine M. Saldanha Olson on December 3, 2020. Katherine M. Saldanha Olson seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 36) is **GRANTED**. Katherine M. Saldanha Olson is hereby admitted *pro hac vice* to represent Defendants.

Signed: December 4, 2020

David C. Keesler
United States Magistrate Judge