# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-717-MOC-DCK

| | |
|---|---|
| **MISHELLE LOZANO LOCKERBY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **CROSS POINT NC PARTNERS, LLC, and** | ) |
| **CORTLAND MANAGEMENT, LLC,** | ) |
| | ) |
| **Defendant**. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 35) filed by Caren Enloe, concerning Nicole Strickler on December 3, 2020. Nicole Strickler seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 35) is **GRANTED**. Nicole Strickler is hereby admitted *pro hac vice* to represent Defendants.

Signed: December 4, 2020

David C. Keesler
United States Magistrate Judge