**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:19-cv-717-MOC**

| | | |
|---|---|---|
| **MISHELLE LOZANO LOCKERBY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CROSS POINT PARTNERS, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on Defendant's Bill of Costs (Doc. No. 71) and on Plaintiff's Motion to Strike Defendant's Bill of Costs and Defendant's Response to Plaintiff's Opposition to Bill of Costs. (Doc. No. 74).

The Court has reviewed the pleadings and determines that each party shall bear its own costs, as the Court agrees with Defendants that this was a difficult and close case, with the law changing mid-litigation. While though the case was ultimately resolved via a pretrial motion, this only occurred after years of considerable litigation over the various changes in law that were novel. Thus, the Court denies Defendant's Bill of Costs. To this extent, the Court **GRANTS** Plaintiff's Motion (Doc. No. 74).

**IT IS SO ORDERED.**

Signed: October 20, 2023

Max O. Cogburn Jr.
United States District Judge

1

2